# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| STANLEY LOGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:07-CV-1948 CAS |
| | ) | |
| MICHAEL CHERTOFF, | ) | |
| Secretary of the Department of | ) | |
| Homeland Security, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on plaintiff's motion for summary judgment pursuant to Federal Rule of Civil Procedure 56. Local Rule 7-4.01(E) requires that any motion for summary judgment be accompanied by a separate and concise statement of uncontroverted material facts, with each fact set forth in a separately numbered paragraph containing citations to the record or other supportive documents. Local Rule 7-4.01(A) additionally requires a supportive memorandum.

Plaintiff's motion does not include a separate or concise statement of material facts as described under the Local Rules, nor does it have a supportive memorandum containing citations to relevant case law. Rather, plaintiff's filing it is made up of a five-page recitation of the same allegations contained in his amended complaint, with an attachment containing more than one-hundred pages of "exhibits." Plaintiff's titling of the five-page document as "facts relevant to this motion" does not suffice as compliance with the Local Rules. As a result of plaintiff's failure to comply with the Local Rules of this Court, his motion for summary judgment will be denied without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for summary judgment is **DENIED** without prejudice. [Doc. 57]

**IT IS FURTHER ORDERED** that plaintiff's motion for leave to file a sur-response is **DENIED AS MOOT**. [Doc. 72]

                                                                                                 _/s/ Charles A. Shaw_
                                                          **CHARLES A. SHAW**
                                                          **UNITED STATES DISTRICT JUDGE**

Dated this   18th   day of February, 2009.